Laurence F. Padway (SBN: 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
(510) 814-6100 Office
(510) 414-0650 Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD KHUFU BEN-IESAU | Case No. 2:07-cv-01128 LEW-JFM |
| Plaintiff, | |
| vs. | ORDER GRANTING EX PARTE APPLICATION FOR DISMISSAL OF ENTIRE ACTION |
| B.A.C. LOCAL NO. 3, and DOES 1-20, | |
| Defendant. | Hon. Ronald S.W. Lew |

Upon request made by plaintiff counsel that the entire action be dismissed as (1) the case was filed against the wrong party and (2) under ERISA, the client has not exhausted his administrative remedies, the Court hereby GRANTS the Ex Parte Application for Dismissal of the entire action.

IT IS SO ORDERED.

Date: October 23, 2007

*Ronald S W Lew*

HONORABLE RONALD S.W. LEW

Senior, U.S. District Court Judge